UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>  Petitioner,<br><br>  v.<br><br>JOHN DAGOSTINI,<br><br>  Respondent. | No.  2:20-cv-1012-WBS-EFB P<br><br><br>ORDER |

On October 5, 2020, this habeas case was closed and judgment was duly entered. ECF Nos. 6 & 7. On February 18, 2021, petitioner filed a notice regarding the "exhaustion of state remed[ies]." ECF No. 8. The court takes no action on petitioner's filing because this case is now closed. The court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure

So ordered.

Dated:  March 1, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE